AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN BOLIEAU | ) Case No. 21-00081-BER |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3 - December 15, 2021__ in the county of __Highlands__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2250(a) | Failure to Register as a Sex Offender |

FILED BY ___TM___ D.C.

Dec 30, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Tracy, Deputy United States Marshal
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone-FaceTime.

Date: 12/30/21

_____
Judge's signature

City and state: West Palm Beach, Florida

Bruce E. Reinhart, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Scott M. Tracy, being duly sworn, do solemnly swear and state that:

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and have been so employed since January 2002. I am currently assigned to the Southern District of Florida, Fort Pierce, Florida.

2. During my tenure as a Deputy U.S. Marshal, I have conducted investigations of fugitives and sexual offenders. I am authorized under Title 28, United States Code, § 564 to enforce laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA).

3. This affidavit is submitted in support of a criminal complaint for BOLIEAU, John ("BOLIEAU"), who is a sex offender, currently living in the State of Florida, who failed to register in Florida as a sex offender, as required by SORNA, in violation of Title 18, United States Code, Section 2250(a).

4. The information contained in this affidavit is based upon my knowledge, record checks on public and law enforcement databases, as well as information provided to me by civilians and other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to charge BOLIEAU with violating Title 18, United States Code, Section 2250(a).

## PROBABLE CAUSE

5. On December 4, 2013, in Hampshire County, Massachusetts, case number HDCR2012-00496-1, BOLIEAU was convicted of three counts of Aggravated Rape and Abuse of a Child, M.G.L.A. 265, § 23A, and five counts of Indecent Assault and Battery of a Child under 14, M.G.L.A. 265, § 13B. He was sentenced to not more than 12 years and not less than 10 years in

prison as to the aggravated rape counts (each count to be served concurrently) and as to the indecent assault counts, 10 years of probation upon completion of the prison sentence, with a specific condition that he register as a sex offender with the Sex Offender Registry Board (SORB).

6. On or about July 15, 2021, BOLIEAU was released from that prison sentence. He was required to wear a GPS ankle monitor upon his release to probation.

7. On July 12, 2021, BOLIEAU signed and acknowledged a Commonwealth of Massachusetts Incarcerated Registration Form, SOR Form 001-1. The bottom of the form states: "You are advised that you must notify the appropriate registering authority, in writing, prior to making any change in residence, employment, or attendance at any educational institution. You are required to immediately contact and advise of your presence, the appropriate authorities in any other state in which you locate yourself for the purpose of residence, employment, education or vocational training. Failing to do any of the above may subject you to criminal prosecution in that jurisdiction. In accordance with federal law, you must report any international travel to your registering authority no less than 21 days prior to travel."

8. BOLIEAU, having been convicted of a qualifying sex offense, three counts of Aggravated Rape and Abuse of a Child, is subject to SORNA's registration requirements.[1]

---

[1] Title I of the Adam Walsh Child Protection and Safety Act of 2006, entitled the Sex Offender Registration and Notification Act (SORNA), created a national sex offender registry law. SORNA requires every jurisdiction to maintain a sex offender registry conforming to the requirements of SORNA. *See* Title 42, United States Code, § 16912.

The basic requirement under SORNA is that "a sex offender shall register, and keep the registration current, in each jurisdiction where the offender resides, where the offender is an employee, and where the offender is a student." *Id.* § 16913(a). SORNA further specifies the process by which a sex offender must "keep the registration current:" "a sex offender shall, not later than 3 business days after each change of name, residence employment, or student status, appear in person in at least 1 jurisdiction involved pursuant to § 16913(a) and inform that jurisdiction of all changes in the information required for that offender in the sex offender registry."

Title 18 United States Code, § 2250(a) provides that: "whoever is required to register under the Sex Offender Registration and Notification Act; travels in interstate or foreign commerce, or enters or leaves, or resides in, Indian county; and knowing fails to register or update a registration as required by the Sex Offender Registration and Notification Act:

9. On October 25, 2021, a state Probation Violation arrest warrant was issued for BOLIEAU by the Hampden County Superior Court of Massachusetts, case number HDCR2012-00496-1, for BOLIEAU'S removal of his court-ordered GPS monitor and for leaving the district without notifying his probation officer.

10. On December 15, 2021, the Highlands County Sheriff's Office (HCSO) located and arrested BOLIEAU at his residence at Woody's RV Park, 9267 Jessica Drive, Lot 5, Highlands County, Sebring, Florida 33870.[2]

11. Detective Louis Ramos of the Highlands County Sheriff's Office read BOLIEAU his *Miranda* rights wherein BOLIEAU acknowledged that he understood his rights and agreed to speak with the HCSO. He admitted as follows: he is a registered sex offender and committed his sex offense in Hampden County, Massachusetts and that he is currently on a 10-year probation sentence that requires him to wear a GPS device. He admitted that he cut the GPS device off with a knife, leaving it at his apartment in Springfield, Massachusetts. He stated that he left Massachusetts and arrived in Miami, Florida in October 2021 (via a flight on either American Airlines or Delta) and had arrived in Highlands County a few weeks prior to his arrest. BOLIEAU stated that he did not report to any law enforcement office that he was in Miami-Dade County nor in Highlands County, Florida. He also admitted that he is currently "staying" at the RV Park and had been there for two weeks. He said prior to that he had been living in the woods in Sebring, Florida.

---

Shall be fined under this title or imprisoned no more than 10 years, or both."

[2] I spoke with the property manager at the RV park who informed me that BOLIEAU had been living with someone named Frankie in Lot 5 for "about the last month." The manager also said that he accepted a certified letter addressed to BOLIEAU three to four days prior to his arrest.

12. On December 15, 2021, I began an investigation into BOLIEAU for possible violations of 18 U.S.C. § 2250.

13. I confirmed that BOLIEAU was living in Highlands County, Sebring, Florida in the Southern District of Florida.

14. On December 16, 2021, I interviewed a manager at Saunak's Corner Store, 306 North Ridgewood Drive, Sebring, FL 33870 and obtained video surveillance from December 3, 2021 showing an individual matching the description of BOLIEAU exit a vehicle and enter the store. I believe that the person depicted in the video is consistent with a positive ID of BOLIEAU.

15. On December 16, 2021, I spoke to a loss prevention officer at the Walmart, Store # 666, located at 3252 US Hwy 27 North, Sebring, Florida in reference to purchases made by BOLIEAU at this location using a Massachusetts Department of Transitional Assistance (DTA) card issued to BOLIEAU. Surveillance video shows an individual, consistent with the physical description of BOLIEAU, making purchases at the Walmart on November 3, 2021.

16. In the November 3, 2021 video, a woman, later identified as B.M. and a child, approximately 3 years old, believed to be her grandchild, are seen walking out of the Walmart with BOLIEAU and getting into a vehicle. B.M. then walks back into the Walmart alone and BOLIEAU is left alone in the vehicle with the child for approximately twelve minutes.

*-- This space intentionally left blank. --*

17. Based upon the foregoing, there is probable cause to believe that John BOLIEAU has committed the crime of Failure to Register as a Sex Offender, in violation of Title 18, United States Code, § 2250(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT

Scott M. Tracy
Deputy U.S. Marshal
United States Marshals Service

Subscribed and sworn to before me, this 30th day of December 2021, at West Palm Beach, Florida

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-00081-BER

UNITED STATES OF AMERICA

v.

JOHN BOLIEAU,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
LUISA HONORA BERTI
Assistant United States Attorney
FLA Bar No.   73462
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0982
Fax: 772-466-0899
Email: Luisa.Berti@usdoj.gov