FILED BY _____ D.C.

JAN 18 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __22-14002-CR-CANNON/MAYNARD__

18 U.S.C. § 2250(a)

UNITED STATES OF AMERICA

vs.

JOHN FRANCIS BOLIEAU,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

From as early as on or around November 3, 2021 through on or about December 15, 2021, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN FRANCIS BOLIEAU,**

an individual required to register under the Sex Offender Registration and Notification Act, having traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

_____
FOREPERSON

_____ (for)
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
LUISA HONORA BERTI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN FRANCIS BOLIEAU,

_____ Defendant. _____ /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami    ___ Key West
___ FTL      ___ WPB   ✓ FTP

| | Yes | No |
|---|---|---|
| New defendant(s) | ___ | ✓ |
| Number of new defendants | 1 | |
| Total number of counts | 1 | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days       ✓                  Petty      ___
   II   6 to 10 days      ___                Minor      ___
   III  11 to 20 days     ___                Misdem.    ___
   IV   21 to 60 days     ___                Felony     ✓
   V    61 days and over  ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   21-00081-BER
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   1/5/2022
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

LUISA HONORA BERTI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 73462

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO.

Defendant's Name:   JOHN FRANCIS BOLIEAU

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Failure to Register as a Sex Offender | 18 U.S.C. § 2250(a) | 10 years; $250,000 fine; SR: at least 5 years up to Life; $100 Special Assessment |